EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Mario J. García Incera | 2019 TSPR 209 <br><br> 203 DPR _____ |

Número del Caso: TS-12,569

Fecha: 12 de noviembre de 2019

Abogado de la parte peticionaria:

      Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re* | |
| Mario J. García Incera | TS-12,569 |

RESOLUCIÓN

En San Juan, Puerto Rico, a 12 de noviembre de 2019.

Examinada la *Moción informativa en relación a Orden* sometida por el Sr. Mario J. García Incera, se toma conocimiento. Se autoriza su reinstalación al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Estrella Martínez no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo